```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
            v.               )
                             )   Crim. No. 13-10238-DPW
ROBEL PHILLIPOS,             )
                             )
            Defendant.       )
```

### GOVERNMENT'S REQUESTED MODIFICATIONS TO PRIOR JUROR QUESTIONNAIRE

Rather than submitting an entirely new set of questions or questionnaire in this matter, the Government respectfully requests that the following modifications be made to the questionnaire used in the jury selection phase in U.S. v. Azamat Tazhayakov.

a. Change the name of the defendant in the caption and question 34.

b. Revise question 15 to indicate that opening statements will occur on October 1 or 2, 2014 and the trial may continue into and through the week of October 13, 2014. (As indicated in our trial brief, the government believes its case-in-chief will last approximately one week.).

c. Change question 26 to state that the defendant is represented by Derege Demissie and Susan Church.

d. In the interest of clarity, the government requests that the following questions be used rather than questions 30-32

so the Court and the parties can quickly determine if any potential jurors should be disqualified:

1.  Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

    Yes _____       No _____

    If yes, what was the crime?

    Was it a felony or misdemeanor?

    What punishment did you receive (including probation)?

2.  Have you ever been arrested for or charged with an offense other than a simple traffic violation?

    Yes _____       No _____

    If yes, please explain:

3.  Are there any criminal charges now pending against you?

    Yes _____       No _____

    If yes, please explain:

4.  Has one of your family members or close friends ever been arrested for or charged with an offense other than a simple traffic violation?

    Yes _____       No _____

    If yes, please explain:

5.  Do you know personally or have you ever known personally anyone who has been convicted of or pleaded guilty to a crime?

    Yes _____       No _____

    If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

  e. Add the following two questions after question 33:

1. Have you had any experience, positive or negative, with the criminal justice system that you believe might impact your ability to be a fair and impartial juror in this case?

 Yes \_\_\_\_\_  No _____

 If yes, please explain: _____
_____

2. Have you or any of your relatives or close friends ever had any unfavorable dealings or involvement with an agency of the United States government?

 Yes _____  No _____

 If yes, please explain: _____
_____

  f. Delete questions 35-37 and 39-40.

  g. Change question 44 to read:

The indictment in this case alleges that the defendant made false statements to investigators during interviews conducted as part of the FBI's Joint Terrorism Task Force investigation of the Boston Marathon bombings. Can you put aside anything that you read or seen on any media outlet about the bombing or any of the obstruction cases and decide this case based only on the information presented during the trial?

Yes \_\_\_\_\_ No _____

    h.    Replace question 46 with the following question:

Did you, a family member, or a close friend suffer any injuries (physical, emotional, mental) or financial losses as a result of the Boston Marathon bombing?

    ____ Yes   ____ No

    If yes, please explain _____
_____

                                        Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          United States Attorney

                          By:  /s/ B. Stephanie Siegmann
                                B. STEPHANIE SIEGMANN
                                JOHN A. CAPIN
                                Assistant U.S. Attorneys

                              <u>Certificate of Service</u>

    I do hereby certify that a copy of foregoing was served upon the counsel of record for the defendant by electronic notice on this 8th day of September 2014.

                              <u>/s/ B. Stephanie Siegmann</u>
                              B. Stephanie Siegmann