# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____    )
)
UNITED STATES OF AMERICA    )
)
V.    )        Doc. No 13 CR 10238-DPW
)
ROBEL KIDANE PHILLIPOS    )
_____    )

## JURY QUESTIONNAIRE

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case.  Its use may avoid the necessity of asking these questions of each prospective juror in open court, thereby substantially shortening the jury selection process.  The purpose of these questions is to determine whether prospective jurors can impartially decide this case based upon the evidence presented at trial and the instructions on the law given by the judge.  The questions are not intended to inquire unnecessarily into personal matters.  All information contained in this questionnaire will be kept confidential and under seal.

Respond to each question as fully and completely as possible. Your complete candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

You are sworn to give true and complete answers and those answers will be available only to the Court and the parties in this case.  The questionnaires belong to the Court and all copies will be returned to the Court once a juror is excused. You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors.

If you require additional space for your responses, or wish to make further comments regarding any of your answers, please use the Explanation Sheet (on the next to last page). Put the number of the question you are answering on the Explanation Sheet before you write the response or comment.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues to be decided in this case.

Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

**PLEASE PRINT LEGIBLY - PLEASE USE ONLY DARK INK**

**1.** Juror Name: _____   ID #: _____

## SECTION I: ABILITY TO SERVE

**2.** Do you have any difficulty reading, writing, speaking, or understanding English?  _____ Yes  _____ No

**3.** Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

_____ Yes  _____ No

If **YES**, please explain: _____

_____

**4.** Do you have any medical conditions that would make it difficult for you to serve as a juror?

_____ Yes  _____ No

If **YES**, please explain: _____

_____

**5.** Are you taking any medication that could interfere with your ability to concentrate or serve as a juror?

_____ Yes  _____ No

If **YES**, please explain: _____

_____

**6.** This case is expected to last for ten (10) days. Would serving on this jury cause you any type of hardship?

_____ Yes  _____ No

If **YES**, please explain: _____

_____

_____

_____

7. The defendant in this case knew one of the suspects alleged to be responsible for the bombing incident that occurred at the Boston Marathon on April 15th, 2013? Is there anything about these events that would make it difficult for you to be a completely fair and impartial juror in this case?

_____ Yes _____ No

If **YES**, please explain: _____

_____

_____

8. Would any relationship between this defendant and a suspect in the Marathon bombings make it difficult for you to be a completely fair and impartial juror in this case?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

_____

9. Do you have any beliefs, attitudes, or opinions about criminal defense attorneys and/or criminal defendants that would make it difficult for you to be a completely fair and impartial juror in this case?

_____ Yes _____ No

If **YES**, please explain: _____

_____

_____

10. Do you have any beliefs, attitudes, or opinions about federal law enforcement and/or the United States Attorney's Office that would make it difficult for you to be a completely fair and impartial juror in this case?

_____ Yes _____ No

If **YES**, please explain: _____

_____

_____

11. It is likely that this case will be covered by the news media. You will be instructed that you are not allowed to read, watch or listen to any news coverage of this case, during the trial, including online & social media. Will you have difficulty following that instruction?     _____ Yes _____No

If **YES**, please explain: _____

_____

_____

12. The defendant in this case was friendly with individuals born in Kazakhstan, Vietnam, and many other countries.  Kazakhstan is a formerly part of Russia and is in Eastern Europe.   The defendant is an American

*Juror #:* _____

citizen.   Do you have any beliefs, attitudes, or opinions regarding Kazakhstan, Russia, Eastern Europe, or immigrants in general that would make it difficult for you to be a completely fair and impartial juror in this case?                                                        _____ Yes        _____ No

If **YES,** please explain: _____

_____

_____

13. The defendant in this case is a Christian.  Some of the witnesses in this case are Muslim. Do you have any beliefs, attitudes, or opinions about either of these Religions that would make it difficult for you to be a completely fair and impartial juror in this case?

                                                                        _____ Yes _____ No

If **YES**, please explain: _____

_____

_____

14. Is there any other reason (for example, a religious, philosophical, or personal belief) that it would be difficult for you to be a completely fair and impartial juror in this case?

                                                                        _____ Yes        _____ No

If **YES**, please explain:

_____

_____

_____

15. Can you assure the Court with 100% certainty that there is nothing that may even slightly affect your ability to be a fair and impartial juror in this case?                        _____ Yes        _____ No

If **NO**, please explain:

_____

_____

_____

16. Is there anything else that the court should know about that could potentially affect your ability to be a fair or impartial juror in this case?                        _____ Yes        _____ No

If **YES**, please explain:

_____

_____

_____

_____

## SECTION II: DEMOGRAPHICS

**17.** Date of Birth: _____   **18.** Place of Birth: _____   **19.** Gender: __ Male __ Female

**20.** City or town where you live: _____

**21.** How long have you lived in the Boston area? _____

**22.** Where else have you lived and for how long did you live in each area? _____

_____

_____

_____

**23.** Please give the following information for each of your children, and for any other children living in your home

(step-children, grandchildren, foster children, etc.)

| CHILD | GENDER (M OR F) | AGE | PLACE OF RESIDENCE | OCCUPATION OR GRADE IN SCHOOL |
|---|---|---|---|---|
| NO. 1 | | | | |
| NO. 2 | | | | |
| NO. 3 | | | | |
| NO. 4 | | | | |
| NO. 5 | | | | |
| NO. 6 | | | | |

**24.** What is your marital status? (Check all that apply)

_____ Single and never married                _____ Currently married for ____ years

_____ Living with a partner for ____ years      _____ Widowed for ____ years

_____ Divorced  (**a.** # of times divorced: ____   **b.** Married: ____ years   **c.** Divorced: ____ years)

**25.** What is your and your spouse/partner's (if applicable) highest completed level of education?

|  | Myself | My Spouse/Partner |
|---|---|---|
| Grade School | _____ | _____ |
| High School Graduate/GED | _____ | _____ |
| Some College | _____ | _____ |
| Associate Degree, Community/Junior College | _____ | _____ |
| Technical, Trade, or Business School | _____ | _____ |
| Bachelors Degree | _____ | _____ |

Graduate or Professional Degree          _____                    _____

**26.** If you attended school after high school, including any trade or vocational schools, please list each school, your major areas of study, and any degrees or certificates that you have received:

_____

_____

**27.** What is your current employment status (please check all that apply):

_____ Employed full time          _____ Looking for Work

_____ Employed part time          _____ Retired – When? _____

_____ Stay-at-home parent          _____ Disabled

_____ Self-Employed          _____ Full-Time Student – Area of Study: _____

_____ Unemployed          _____ Other: _____

**28.** What is your current occupation? If retired, unemployed, or disabled, what was your most recent occupation?

_____

_____

**28.** Name and location of current or most recent employer:

_____

_____

**a.** Job title:

_____

**b.** Job duties (describe briefly):

_____

_____

**c.** How long have you worked at your current or most recent job?

_____

**d.** Do/did you supervise other persons?          ____YES _____ NO  If YES, how many? _____

**e.** Do/did you have the ability to hire and fire employees?      ____YES _____ NO

_____

_____

**f.** What other positions have you held there?

_____

_____

**g.** What do/did you do at work on a daily basis?

_____

_____

_____

29. Please list the most significant jobs you have held in your lifetime, including both paid and volunteer positions:

| EMPLOYER | JOB DESCRIPTION | DATES |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

30. What is your spouse or partner's current employment status (please check all that apply):

| | | | |
|---|---|---|---|
| _____ Employed full time | | _____ Looking for Work | |
| _____ Employed part time | | _____ Retired – When? _____ | |
| _____ Stay-at-home parent | | _____ Disabled | |
| _____ Self-Employed | | _____ Full-Time Student – Area of Study: _____ | |
| _____ Unemployed | | _____ Other: _____ | |
| _____ Not Applicable | | | |

31. Please list the job title and employer of your spouse or partner's current or most recent job:

_____

_____

32. What did or do your parents (and/or step-parents) do for a living?

Mother: _____

Step-Mother: _____

Father: _____

Step-Father: _____

**33.** Have you or has anyone close to you had employment, education, experience, or training in the following:

| Law/The Legal System | _____YES _____NO | Forensics | _____YES _____NO |
|---|---|---|---|
| Judge | _____YES _____NO | Psychology or Psychiatry | _____YES _____NO |
| Law clerk | _____YES _____NO | Social Work | _____YES _____NO |
| Court clerk | _____YES _____NO | Counseling of Any Type | _____YES _____NO |
| Court security officer | _____YES _____NO | Alcohol or Drug Treatment | _____YES _____NO |
| Probation officer | _____YES _____NO | Explosives | _____YES _____NO |
| Parole officer | _____YES _____NO | Islam | _____YES _____NO |
| Law Enforcement | _____YES _____NO | Religious Studies | _____YES _____NO |
| Media/Journalism/ News | _____YES _____NO | | |

**a.** If **YES** to any of the above, please explain:

_____

_____

_____

**34.** Have you or has anyone close to you ever been employed by any of the following:

| Agency | Employed? | | | Please Explain |
|---|---|---|---|---|
| Massachusetts State Police | Self  Family | Spouse  Friend | No One | |
| Federal Bureau of Investigation ("FBI") | Self  Family | Spouse  Friend | No One | |
| Immigration & Naturalization Service ("INS") | Self  Family | Spouse  Friend | No One | |
| Department of Homeland Security ("HSI") | Self  Family | Spouse  Friend | No One | |

_____

_____

| | | | |
|---|---|---|---|
| U.S. Marshal's Service | Self          Spouse<br>Family       Friend | No One | |
| Drug Enforcement Agency ("DEA") | Self          Spouse<br>Family       Friend | No One | |
| Central Intelligence Agency ("CIA") | Self          Spouse<br>Family       Friend | No One | |
| Department of Justice ("DOJ") | Self          Spouse<br>Family       Friend | No One | |
| U.S. Attorney's Office | Self          Spouse<br>Family       Friend | No One | |
| District Attorney's Office | Self          Spouse<br>Family       Friend | No One | |
| Any Other Investigative, Law Enforcement, or Prosecutorial Office | Self          Spouse<br>Family       Friend | No One | |

**35.** Do you consider yourself to have any special training or knowledge, and/or do you consider yourself to be an expert in any particular field(s) or discipline(s)?                    _____ Yes          _____ No

If **YES**, please explain:

_____

_____

**36.** Have you or has your spouse or partner ever served in the armed forces?          _____ Yes          _____ No

If **YES,** please answer the following:

|  | **You** | **Spouse/Partner** |
|---|---|---|

**a.** Branch and highest rank          _____

**b.** Dates of service          _____

**c.** Place of Service          _____

**d.** Type of Discharge          _____

**e.** Did you or your spouse/partner ever serve on a court martial, in the military police, shore patrol, or any other area of military law enforcement?                    _____ Yes          _____ No

**37.** What is your MAIN source of news?

_____ Television

_____ Radio

_____ Newspaper

_____ Internet

_____ Family/Friends

_____ I don't follow the news

**38.** How often do you check, follow, or read the news?

_____ Multiple times a day

_____ Once a day

_____ Several times a week

_____ Once or twice a week

_____ Less than once a week

_____ Almost never

**39.** Have you followed any major criminal trials in the news media?         _____ Yes         _____ No

If **YES**, please explain which trials, if you had an opinion about the guilt of the defendant(s) in that/those

trials, and what that opinion was:

_____

_____

_____

_____

**40.** What television programs do you regularly watch?

_____

_____

**42.** What radio shows do you regularly listen to?

_____

_____

**43.** What websites do you regularly visit?

_____

_____

**44.** What magazines or trade publications do you regularly read?

_____

_____

_____

_____

*Juror #:* _____

**45.** What newspapers do you regularly read (print or online)?

_____

_____

**46.** Do you regularly watch, listen to, or read legal dramas/thrillers?        _____ Yes        _____ No

If **YES**, which ones?        _____

_____

**47.** Do you ever blog about or leave online comments on major news stories?        _____ Yes        _____ No

If **YES**, please explain:  _____

_____

_____

## SECTION III: CASE-SPECIFIC OPINIONS & EXPERIENCES

**48.** Have you ever visited anywhere in Eastern Europe?        _____ Yes        _____ No

If YES, please list where you have been and the purpose for your visit(s):

_____

_____

_____

_____

**49.** Some of the witnesses in this case, but not the defendant, are foreign born students attending school in the

United States.  What are your general impressions, beliefs, or opinions about people from other countries who

come to the United States to study?

_____

_____

_____

54. What is your general opinion of Islam and Muslims?

_____

_____

_____

55. The defendant is not a Muslim, but many witnesses in this case are.  Do you believe that Muslims are more
likely to commit criminal acts or less likely to be truthful in court than non-Muslims?

_____ Yes        _____ No

If **YES**, please explain:  _____

_____

_____

56. The defendant is not an immigrant in this case but some of the witnesses will be.  Do you believe that people who are not citizens or are immigrants are more likely to commit criminal acts or less likely to be truthful in court?

_____ Yes _____ No

If **YES**, please explain: _____

_____

_____

**SECTION IV: CASE KNOWLEDGE AND RELEVANT EXPERIENCES**

57. Are you familiar with the name Robel Phillipos?          _____ Yes _____ No

If **YES**, please explain your familiarity, what you have heard, and where you heard it:

_____

_____

_____

58.   Are you familiar with the bombing that occurred during the Boston Marathon on April 15th, 2013?

_____ Yes _____ No

59.   The defendant in this case is charged with making a false statement to federal agents related to the investigation of the Boston Marathon bombing case.  Do you recall hearing anything about this case in the media?

_____ Yes _____ No

If **YES**, please explain what you heard **AND** what your opinions of the case are:

_____

_____

_____

_____

_____

_____

_____

_____

60.     Have you heard any statements by any U.S. government officials concerning Mr. Phillipos or his alleged association with the events surrounding the Marathon Bombing?

_____ Yes        _____ No

If **YES**, please Explain:

_____

_____

_____

61.     Do you know anybody who works at or attends/attended UMass Dartmouth in the last 5 years?

_____ Yes        _____ No

If **YES**, what if anything have you heard from them regarding this case?

_____

_____

_____

62.     Do you know anybody who works at or attended Cambridge Ridge Latin High School within the last 5 years?

_____ Yes _____No

If **YES**, what, if anything, have you heard from them regarding this case?

_____

_____

_____

63.     Do you have any affiliation of any kind with Cambridge Ridge Latin High School or UMass Dartmouth?

_____ Yes _____No

If **YES**, please explain:

_____

_____

_____

*Juror #:* _____

64.     Have you heard the name Robel Phillipos before this case?

_____ Yes _____ No

If **YES**, what have you heard?

_____

_____

_____

65.     What do you recall hearing about the participation of Robel Phillipos in the Marathon Bombing? Please be specific:

_____

_____

_____

66.     Please describe any conversations you have had about this case.

_____

_____

_____

67.     Have you heard anything in the media, television, radio or print about how the other two College students involved in this case, Dias Kadyrbayev and Azamat Tazhayakov, resolved their cases?

_____ Yes _____ No

If **YES**, please describe:

_____

_____

_____

_____

_____

_____

68. Has what you heard about the cases of Dias Kadyrbayev and Azamat Tazhayakov affected your opinion in this case in any way?

_____ Yes _____No

If **Yes,** please describe:

_____

_____

_____

69. Have you heard anything in the media regarding the relationship between Azamat Tazhayakov, Dias Kadyrbayev, and the defendant?

_____ Yes _____No

If YES, please describe your reaction to hearing these things?

_____

_____

70. Do you know anyone, including any attorney investigator, witness, juror, law enforcement official, or court employee associated with the trial of Azamat Tazhayakov or Dias Kadyrbayev?

_____ Yes _____No

If **YES**, please describe:

_____

_____

71. Did you attend the trial of Azamat Tazhayakov?                    _____ Yes _____No

72. Do you have any thoughts about the verdict in the trial of Azamat Tazhayakov?

_____ Yes _____No

If **YES**, Please Explain:

_____

_____

*Juror #:* _____

73.     Do you have any opinion about the disposition in the charges against Dias Kadyrbayey?

_____ Yes _____No

If **YES**, Please Explain:

_____

_____

_____


74.    Have you, or any family member or friend, ever run in or attended, worked for, or worked in any industry related to or affected by the Boston Marathon?

_____ Yes         _____ No

If **YES**, please explain:

_____

_____


75.    How closely did you follow news stories and reporting on the bombing that occurred during the Boston Marathon?

_____ Followed closely          _____ Followed some          _____ Followed a little

_____ Barely followed          _____ Did not follow


76.    How closely did you follow news stories and reporting on the pursuit and arrest of the suspects in the Boston Marathon bombing?

_____ Followed closely          _____ Followed some          _____ Followed a little

_____ Barely followed          _____ Did not follow


_____

_____

77. How closely did you follow news stories and reporting on the arrest of a group of students that went to college with and were friends with one of the suspects of the Boston Marathon bombing?   _____

_____Followed closely            _____ Followed some         _____ Followed a little

_____ Barely followed            _____ Did not follow


78. How closely did you follow news stories and reporting on the anniversary of the Boston Marathon bombing?

_____ Followed closely           _____ Followed some         _____ Followed a little

_____ Barely followed            _____ Did not follow

79. Please give a rough, general estimate of how many news stories you think you have seen, read, or heard involving the Boston Marathon and its anniversary: _____

80. Did any of those news stories express an opinion about the guilt or innocence of those who are accused of carrying out the Boston Marathon?                        _____ Yes      _____ No

If **YES**, please explain those opinions:

_____

_____

_____

_____

_____

81. Did any of those news stories express an opinion about the guilt or innocence of the friends of those who are accused of carrying out the Boston Marathon bombing?                 _____ Yes      _____No

If **YES**, please explain those opinions:

_____

_____

_____

_____

_____

82. Did you see, hear, or read any news stories or media recently regarding the recent anniversary of the Boston Marathon bombing?                                _____ Yes      _____ No

If **YES**, please explain what you saw, read, or heard:

_____

_____

_____

_____

_____

83. Did you talk about the Boston Marathon bombing with any friends, family members, or co-workers?

_____ Yes       _____ No

If **YES**, please generally explain the conversations you had:

_____

_____

84. Did you, or did any family members or close friends participate in any kind of community activity related to the Boston Marathon bombing (vigils, rallies, fundraisers, etc.)?       _____ Yes       _____No

If **YES**, please list the events and briefly describe them:

_____

_____

_____

_____

85. Were you, a family member, or a close friend impacted in ANY way (physically, emotionally, or mentally) by the Boston Marathon bombing?       _____ Yes       _____No

If **YES**, please explain:

_____

_____

_____

_____

_____

86. Have you ever openly expressed any opinions about the guilt or innocence of those accused of carrying out the Boston Marathon bombing?       _____ Yes       _____ No

If **YES**, please explain that opinion:

_____

_____

_____

_____

_____

87. Has anyone close to you ever openly expressing any opinions about the guilt or innocence of those accused of carrying out the Boston Marathon bombing?              _____ Yes      _____No

If **YES**, please explain those opinions:

_____

_____

_____

_____

88. Have you ever expressed any opinions about the guilt or innocence of the friends of those accused of carrying out the Boston Marathon bombing?              _____ Yes      _____ No

If **YES**, please explain that opinion:

_____

_____

_____

_____

89.   Based on what you have heard, read, or seen about this case, do you think the defendant is:

[ ]definitely guilty            [ ]definitely not guilty            []probably guilty

[ ]probably not guilty          [ ]unsure

90.   As a result of what you may have heard or seen in the media what if any, opinion had you developed about what sentence would be appropriate for a person found guilty of lying to the police in the course of a terrorist investigation?

_____

_____

91.   Are you familiar with the term "Boston Strong"?

_____Yes      _____No

If **YES**, do you feel any emotional connection to the term?

_____

_____

92.   Does any emotional sentiment regarding being "Boston strong" affect your ability to be fair and impartial in this trial?

_____

_____

93.     Has anyone close to you ever expressed any opinions about the guilt or innocence of the friends of those accused of carrying out the Boston Marathon bombing?                    _____ Yes    _____No

If **YES**, please explain that opinion:

_____

_____

_____

94.     Do you believe that the Boston Marathon bombing was part of a group conspiracy larger than just the two brothers who have been accused of carrying it out?                    _____ Yes    _____No

If **YES**, please explain:

_____

_____

_____

95. Do you have any opinions on how those who carried out the Boston Marathon bombing should be punished?                    _____ Yes    _____ No

If **YES**, please explain those opinions:

_____

_____

_____

96. Do you have any opinion on how the friends of those who carried out the Boston Marathon bombing should

_____

_____

*Juror #:* _____

be punished?                                                    _____ Yes    _____ No

If **YES**, please explain those opinions:

_____

_____

_____

97. Is there ANYTHING that could affect your ability to be a fair or impartial juror in a case related to the Boston

Marathon bombing?                                        _____ Yes    _____ No

If **YES**, please explain:

_____

_____

_____

_____

98. How do you think you would be viewed by friends and family if you, based on the evidence, were to deliver a

"Guilty" verdict? _____

_____

99. How do you think you would be viewed by friends and family if you, based on the evidence, were to deliver a

"Not Guilty" verdict? _____

_____

_____

_____

100.   This case will be followed closely by the news media and by the public. Do you think that media attention

and public pressure could potentially influence your verdict in any way in this case?

_____ Yes    _____ No

101.   If you felt that the prosecution did not meet their burden of proof and you voted to acquit the defendant,

would you be afraid of a negative public outcry or criticism from friends, family, co-workers, or

community?

_____ Yes    _____ No

102.   As you sit here right now, do you have any kind of belief or opinion as to the guilt or innocence of the

defendant?

_____ Yes    _____ No

If **YES**, please explain:

_____

_____

## SECTION V: LEGAL OPINIONS

### *INDICATE IF YOU AGREE OR DISAGREE WITH EACH OF THE FOLLOWING STATEMENTS:*

103.    Regardless of what the law says, a defendant in a criminal trial should be required to prove his or her innocence.                                    _____AGREE    _____ DISAGREE

104.    In a trial, I would need to hear the defendant testify.    _____AGREE    _____ DISAGREE

105.    Criminals are given sentences that are too lenient.    _____AGREE    _____ DISAGREE

106.    It is better for society to let some guilty people go free than to risk convicting an innocent person.                                          _____AGREE    _____ DISAGREE

107.    The criminal justice system is biased in favor of criminal defendants.                          _____AGREE    _____ DISAGREE

108.    The criminal justice system makes it too hard for the police and prosecutors to convict people who have been accused of crimes.                    _____AGREE    _____ DISAGREE

109.    Our court system allows defendants who are clearly guilty to go free too often.                    _____AGREE    _____ DISAGREE

110.    When the news media reports about major criminal cases, they typically get all of the facts right.                                          _____AGREE    _____ DISAGREE

111.    In a trial, I would be comfortable convicting someone based solely on the testimony of law enforcement.                                   _____AGREE    _____ DISAGREE

112.    Most criminals have family members or friends that had some advance knowledge that they would commit their crimes.                    _____AGREE    _____ DISAGREE

113.    Family members and friends of criminals usually try to cover up their crimes.                    _____AGREE    _____ DISAGREE

## SECTION VI: COMMUNITY PARTICIPATION & EXPERIENCES

114.    Have you ever held a leadership position in any club or organization?    _____ Yes    _____ No

   If **YES**, please explain:

   _____

   _____

115.    Do you or have you ever belonged to any group, club, or organization that is primarily focused on civil and community service (Rotary, Kiwanis, American Legion, etc.)?    _____ Yes    _____ No

   If **YES**, please list:

   _____

   _____

   _____

116.     Do you or have you ever belonged to any group, club, or organization that is primarily focused on crime prevention (Neighborhood Watch, Mothers Against Drunk Driving, etc.)?

_____ Yes     _____ No

If **YES**, please list:

_____

_____

117.     Do you or have you ever belonged to any group, club, or organization that is primarily focused on influencing public policy or bringing about civil or political change (The NRA, the ACLU, the NAACP, etc.)?

_____ Yes     _____ No

If **YES**, please list:

_____

_____

118. Do you or have you ever belonged to any group, club, or organization that is primarily focused on human rights and human rights advocacy?     _____ Yes     _____ No

If **YES**, please list:

_____

_____

119. Do you or have you ever belonged to any group, club, or organization that is primarily focused on victims' rights and victims' rights advocacy?     _____ Yes     _____ No

If **YES**, please list:

_____

_____

120.     Did you donate any money, goods or volunteer any time to any victim's rights or disaster relief organizations during the last five years?

_____ Yes     _____ No

If **YES**, Please Describe:

_____

_____

_____

121.     Are you a member of any church, temple, mosque, or other religious denomination?

_____ Yes _____ No

If **YES**, please give name and location: _____

What activities are you involved with in your place of worship?

_____

_____

122.   Have you ever studied for the ministry, served as a lay minister or held any positions of responsibility at

your place of worship?

If **YES**, please describe: _____

123.   Do you or have you ever belonged to any other organization of a type that was not listed above?

_____ Yes      _____ No

If **YES**, please list:

_____

_____

124.   Do you actively participate in any organizations, groups, or clubs?      _____ Yes      _____ No

If **YES**, please list:

_____

_____

### SECTION VII: WITNESSES & STATEMENTS

125. Do you believe that you can get a good read on a person's innocence or guilt by observing the way he or she

behaves, dresses, or appears in court?      _____ Yes      _____ No

126. Would you favor the side of a lawsuit that called more law enforcement officers as witnesses than the other

side?      _____ Yes      _____ No

127. Experts will be called by both sides in this case. In a criminal case, do you feel differently about experts

called by the government in a case vs. experts called by the defense?      _____ Yes      _____ No

If **YES**, please explain: _____

_____

_____

_____

_____

128. Do you think that prosecution witnesses and experts who work for the FBI, Homeland Security, and other government agencies are more credible than other experts?          _____ Yes          _____ No

   If **YES**, please explain: _____

   _____

   _____

129. Do you think that experts that are called by the defense are less credible because they are hired and paid for by the attorneys for a criminal defendant?          _____ Yes          _____ No

   If **YES**, please explain: _____

   _____

   _____

**110.** Would you be inclined to believe a prosecution witness more than a defense witness?

   _____ Yes          _____ No

   If **YES**, please explain why:

   _____

   _____

   _____

**111.** Do you believe that law enforcement is more trustworthy than the average person?     _____ Yes          _____ No

   If **YES**, please explain why: _____

**112.** Do you believe that FBI agents are more trustworthy than the average person?     _____ Yes          _____ No

   If **YES**, please explain why:

   _____

   _____

   _____

## SECTION VIII: LEGAL EXPERIENCES

**113.** Do you know anyone who works for the courts (judges, bailiffs, clerks, etc.)?     _____ Yes          _____ No

   If **YES**, please list each, their job, and your relationship with them:

   _____

   _____

   _____

**114.** Do you know anyone who works for any sort of prosecutorial agency (District Attorney, Department of Justice, etc.)?          _____ Yes          _____ No

If **YES**, please list each, their job, and your relationship with them:

_____

_____

_____

115.   Do you know anyone who works for or as a criminal defense attorney?   _____ Yes   _____ No

If **YES**, please list each, their job, and your relationship with them:

_____

_____

_____

116.   Have you ever been involved in a civil lawsuit?   _____ Yes   _____ No

If **YES**, please explain the circumstances and how satisfied you were with the outcome:

_____

_____

117.   Have you, or has a close friend or family member ever witnessed or been the victim of a serious crime?

_____ Yes   _____ No

**a.** If **YES**, please provide the following information:

| Relationship to Person | Type of Crime | Victim or Witness? | Reported to police? | Was anyone caught? | Case Outcome |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

a.   Overall, were you satisfied with how law enforcement handled the cases?

_____ Yes   _____ No

b.   Did any of these cases result in a court hearing that you attended or testified at?

_____ Yes   _____ No

c.   Did any of these cases leave a strong effect on you and your general attitude toward crime?

_____ Yes   _____ No

_____

_____

*Juror #:* _____

If **YES**, please explain:

_____

_____

_____

**118.** Do you have any exposure to or experience with military tribunals or court-martials?

_____ Yes      _____ No

If **YES**, please explain:

_____

_____

_____

**119.** Have you or has a family member or close friend ever been charged with a crime?   _____ Yes   _____ No

If **YES**, please provide the following information:

| Relationship to Person | Crime(s) Charged | Case Outcome |
|---|---|---|
| | | |
| | | |
| | | |

**120.** Have you ever served on a jury?                                    _____ Yes   _____ No

If **YES**, please provide the following information:

| Year | Civil or Criminal? | Type of Case | Was a Verdict Reached? (Y/N ONLY) | |
|---|---|---|---|---|
| | | | _____ Yes | _____ No |
| | | | _____ Yes | _____ No |
| | | | _____ Yes | _____ No |
| | | | _____ Yes | _____ No |

**122.** Have you ever been the foreperson of a jury?                _____ Yes   _____ No

If **YES**, how many times?   _____

**123.** Have you, or a family member or a close friend, ever sought employment by or seriously considered training with any law enforcement agency or related agency such as police department, sheriff's department, correctional institution, district attorney's office, FBI, etc.?                _____ Yes   _____ No

If **YES**, please explain:

_____

_____

_____

**124.** Have you had any legal training?                                _____ Yes   _____ No

If **YES**, please explain:

_____
_____

**125.** Have you ever had a negative experience with any judges or attorneys?  _____ Yes  _____ No

If **YES**, please explain:

_____
_____
_____
_____

**126.** What are your opinions of criminal defense attorneys in high profile cases?

_____
_____
_____
_____

**127.** What are your opinions of federal prosecutors?

_____
_____
_____

**128.** What are your general opinions of the American criminal justice system?

_____
_____
_____
_____

**129.** Do you think our criminal justice system unfairly favors one side over the other?  _____ Yes  _____ No

If **YES**, please explain:

_____

## <u>SECTION IX: OTHER QUESTIONS</u>

**130.** Some of the following locations may be discussed during the trial:

_____
_____

    a.  Boston, Massachusetts

    b.  New Bedford, Massachusetts

    c.  Watertown, Massachusetts

    d.  University of Massachusetts – Dartmouth

Have you or has any family member or close friend ever lived or worked at or near any of these locations?

_____ Yes _____ No

If **YES**, please explain:

_____

131. Do you or do any family members or close friends speak Russian or regional languages common in Russia, or any other language, other than English?

_____ Yes _____ No

If **YES**, please state the language, how long you've know it, how fluent you are, and how often you speak it:

_____

132. Have you or has a family member or close friend ever been treated for any kind of substance abuse problem?

_____ Yes _____ No If **YES**, please explain:

_____

_____

133. Do you believe that people that recreationally use marijuana are more likely to commit serious crimes than those who do not? _____ Yes _____ No

If **YES**, please explain:

_____

_____

134. Do you know anyone who has ever been a victim of, or been in the vicinity of, any type of bombing attack?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

135. At this point, are there any other reasons you think you may not be able to serve as a fair and impartial juror in this case? _____ Yes _____ No

If **YES**, please explain:

_____

_____

**136.** Is there anything else you think the judge or the attorneys should know about you as you are considered

for jury service?                                                          _____ Yes        _____ No

If **YES**, please explain:

_____

_____

_____

_____

### SECTION X: LIST OF RELEVANT PARTIES

**137.** Please carefully read the following list and place a check mark by the names of any of individuals or

groups that you know or have heard of:

See Attached List—(List will be submitted by the parties prior to trial).