Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Robel Kidane Phillipos    **Case Number:** 0101 1:13CR10238

**Name of Sentencing Judicial Officer:** Honorable Douglas P. Woodlock, Senior U.S. District Judge

**Date of Original Sentence:** June 05, 2015

**Original Offense:** Counts 3 & 4: Making False Statements, in violation of 18 U.S.C. § 1001(a)(2)

**Original Sentence:** 36 months of custody followed by 36 months of supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** February 26, 2018

## PETITIONING THE COURT
[ ]  To extend the term of supervision for   years, for a total term of   years
[ X ]  To modify the conditions of supervision as follows:

**Robel Kidane Phillipos, as a special condition of supervision, shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], cell phones, other electronic communication or data storage devices or media, effects and other areas under the offender's control, upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions.**

## CAUSE

Due to the nature and circumstances surrounding Mr. Phillipos' charges in relation to the 2013 Boston Marathon bombing, he has encountered hardships in finding employment opportunities in the Boston, MA area. As such, he has pursued opportunities in the Central California area, where he could reside with a close family friend. In April 2018, Mr. Phillipos was accepted to a higher education program at Santa Monica College in Santa Monica, CA. He also has a lead on a part-time job at a local 7-11 convenience store. As such, a pre-transfer investigation was requested from the Central District of California for the purposes of facilitating a transfer of supervision to that district. In June 2018, the Central District of California accepted supervision of Mr. Phillipos' case, pending the addition of the above-listed search condition. Mr. Phillipos has agreed with this modification as indicted by the attached Probation Form 49.

Reviewed/Approved by:                              Respectfully submitted,

*/s/ Joseph LaFratta*                              */s/ Brett Wingard*
Joseph LaFratta                                    by Brett Wingard
Assistant Deputy Chief U.S.
Probation Officer                                  Supervising U.S. Probation Officer

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

Date:     7/10/2018

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Douglas P. Woodlock_
Signature of Judicial Officer

_July 10, 2018_
Date

PROB 49
(3/89)

# United States District Court

District  Massachusetts

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Robel Kidane Phillipos, as a special condition of supervision, shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], cell phones, other electronic communication or data storage devices or media, effects and other areas under the offender's control, upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions

Witness _____   Signed _____
            U.S. Probation Officer                              Probationer or Supervised Release

_____
Date  7/5/18